**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Mark B. Dubnoff*
*Direct Dial: (215) 861-8397*
*Facsimile: (215) 861- 8618*
*E-mail Address: Mark.Dubnoff@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

October 5, 2026

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Re: United States v. Paulo Silva
Criminal No. 26-493

Dear Clerk:

Please unimpound the Information in regard to the above-captioned case. The Information was filed on September 30, 2026.

Very truly yours,

DAVID METCALF
United States Attorney

*/s/ Mark Dubnoff*
Mark B. Dubnoff
Assistant United States Attorney